UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: ENGLE CASES

Case No. 3:09-cv-10000-J-32JBT

### ORDER

**THIS CAUSE** is before the Court on the Consolidated Statement Identifying Those Cases In Which Defendants Filed A Motion For Summary Judgment And The Cases Should Be Dismissed (Dkt. No. 164), filed on May 26, 2011; the Consolidated Statement Identifying Cases Appropriate For Dismissal (Dkt. No. 168), filed on June 3, 2011; and the Consolidated Statement Identifying Cases Appropriate For Dismissal (Dkt. No. 169), filed on June 6, 2011.[1] The Court directed the parties to file such consolidated statements in its Order entered on April 15, 2011. See Order (Dkt. No. 145). Upon review of the consolidated statements, it is hereby **ORDERED**:

1. The following cases are **DISMISSED WITH PREJUDICE**:

| # | Plaintiff Name | Case Number |
|---|---|---|
| 1 | Wilda Antal | 3:09-cv-14046 |
| 2 | Glenn Beckum | 3:09-cv-12653 |
| 3 | Shirley Brown | 3:09-cv-10695 |
| 4 | William Brown | 3:09-cv-10696 |
| 5 | Betty Burgess | 3:09-cv-10725 |
| 6 | Elizabeth Covone | 3:09-cv-11380 |
| 7 | Juanell Davis | 3:09-cv-11454 |
| 8 | John Eastman | 3:09-cv-11572 |
| 9 | Gilbert Goldstein | 3:09-cv-13946 |
| 10 | Emmett Hall | 3:09-cv-11159 |
| 11 | Matthew Heekin | 3:09-cv-11865 |

---

[1] At the hearing on June 6, 2011, the parties agreed that all cases listed on the consolidated statements should be dismissed.

| # | Plaintiff Name | Case Number |
|---|---|---|
| | (Estate of Darlene Thorington) | |
| 12 | Matthew Heekin (Estate of Virginia Tuoni) | 3:09-cv-11878 |
| 13 | Matthew Heekin (Estate of Aurelia P. Viguers) | 3:09-cv-11888 |
| 14 | Matthew Heekin (Estate of Edward White) | 3:09-cv-11916 |
| 15 | Matthew Heekin (Estate of Mary Jane Boerner) | 3:09-cv-10966 |
| 16 | Joan Karbiwnyk | 3:09-cv-13026 |
| 17 | Donald R. Lambert | 3:09-cv-13120 |
| 18 | Stephen Lande (Estate of Maxine Lande) | 3:09-cv-13729 |
| 19 | Robert Mason | 3:09-cv-12789 |
| 20 | Richard McCauley | 3:09-cv-12818 |
| 21 | Irene Miller | 3:09-cv-12894 |
| 22 | Arthur Ramirez | 3:09-cv-12214 |
| 23 | John Rhodes | 3:09-cv-12252 |
| 24 | Nancy Salmons | 3:09-cv-12332 |
| 25 | Brenda Tillman (Estate of Kalen Tillman) | 3:09-cv-11870 |
| 26 | James Williams | 3:09-cv-12686 |
| 27 | W.B. Zwillman (Estate of Marjorie Zwillman) | 3:09-cv-11961 |
| 28 | Wolf B. Zwillman | 3:09-cv-12674 |

2. The following cases are **DISMISSED WITHOUT PREJUDICE**:

| # | Plaintiff Name | Case Number |
|---|---|---|
| 1 | Harold Bourgeois | 3:09-cv-14210 |
| 2 | David Brackens | 3:09-cv-14220 |
| 3 | George Celani | 3:09-cv-10806 |
| 4 | Frances Derzekos | 3:09-cv-11079 |
| 5 | Allan Gange | 3:09-cv-13872 |
| 6 | Romilda Gonzalez | 3:09-cv-13597 |

| | | |
|---|---|---|
| 7 | Frank Hill | 3:09-cv-11271 |
| 8 | Edward McGuiness | 3:09-cv-12846 |
| 9 | Willie Paige | 3:09-cv-12084 |
| 10 | Jerry Rash | 3:09-cv-12218 |
| 11 | Johnnie Ridgely | 3:09-cv-11023 |
| 12 | Anthony Rodriguez | 3:09-cv-11647 |
| 13 | Phyllis Suctoff-Breuer | 3:09-cv-13294 |
| 14 | Mildred Tucker | 3:09-cv-11875 |
| 15 | Frances White | 3:09-cv-11663 |
| 16 | Maggie Benton/Janice Harris | 3:09-cv-11199 |
| 17 | Maxi Borders | 3:09-cv-10006 |
| 18 | Isabel Bustamente | 3:09-cv-10741 |
| 19 | Steve Campbell | 3:09-cv-14226 |
| 20 | Rosemary Clements | 3:09-cv-11030 |
| 21 | Donald Donnelly, Jr. (Estate of Donald Donnelly) | 3:09-cv-10131 |
| 22 | Laura Frisby | 3:09-cv-13987 |
| 23 | Harry D. Gordon | 3:09-cv-13986 |
| 24 | Earl E. Graham (Estate of Fay D. Graham) | 3:09-cv-13601 |
| 25 | Barbara Green | 3:09-cv-13983 |
| 26 | Lee Green | 3:09-cv-11105 |
| 27 | Leonard Koon | 3:09-cv-10236 |
| 28 | Sharon Lewis | 3:09-cv-12694 |
| 29 | Doris Smith | 3:09-cv-13423 |
| 30 | Haven Stewart | 3:09-cv-13265 |
| 31 | Harold Taylor | 3:09-cv-11694 |
| 32 | Jayme Weiner | 3:09-cv-11904 |
| 33 | Charles Wright | 3:09-cv-12602 |
| 34 | Robert A. Wright | 3:09-cv-12609 |
| 35 | Maria Alvarez | 3:09-cv-14031 |
| 36 | Ruth Batting | 3:09-cv-14119 |
| 37 | Charles Beasy | 3:09-cv-10941 |
| 38 | John Behulak | 3:09-cv-12655 |
| 39 | Julia Bolena | 3:09-cv-14195 |
| 40 | Gerald Bolena | 3:09-cv-10297 |
| 41 | Gloria Bowden (Estate of William Bowden) | 3:09-cv-10659 |
| 42 | Rosemarie Carey | 3:09-cv-10766 |
| 43 | Alice Collins | 3:09-cv-12668 |
| 44 | James Dick | 3:09-cv-11559 |
| 45 | Martha Dick | 3:09-cv-11496 |

| | | |
|---|---|---|
| 46 | Herbert Dickman | 3:09-cv-11498 |
| 47 | Peter Dimilta | 3:09-cv-11506 |
| 48 | Janice Floyd | 3:09-cv-13816 |
| 49 | Cindy Foley | 3:09-cv-10329 |
| 50 | Frimit Gardner | 3:09-cv-13582 |
| 51 | Milton Greenspan | 3:09-cv-11118 |
| 52 | Gladys Harden | 3:09-cv-11193 |
| 53 | Matt Harden | 3:09-cv-11192 |
| 54 | Walter Hargroves | 3:09-cv-13481 |
| 55 | Matthew Mark Heekin (Estate of Frankie Clayton) | 3:09-cv-11026 |
| 56 | Matthew Mark Heekin (Estate of James Crews) | 3:09-cv-11054 |
| 57 | Geraldine Hicks | 3:09-cv-11263 |
| 58 | Norman Horton (Estate of Norma Horton) | 3:09-cv-13504 |
| 59 | Norman Horton | 3:09-cv-11319 |
| 60 | Michael Jaconetta | 3:09-cv-13680 |
| 61 | Geneva Jenkins | 3:09-cv-13683 |
| 62 | Delora King | 3:09-cv-11671 |
| 63 | H.L. Kline | 3:09-cv-13081 |
| 64 | Mary Ann Koopman | 3:09-cv-10356 |
| 65 | Lewis Levy | 3:09-cv-13175 |
| 66 | Mertice Linton | 3:09-cv-14230 |
| 67 | Vilma McGuinn | 3:09-cv-12847 |
| 68 | Mark McHugh | 3:09-cv-14409 |
| 69 | Larry Michael | 3:09-cv-14294 |
| 70 | Raymond Miller | 3:09-cv-12900 |
| 71 | Charles Mitchell | 3:09-cv-10263 |
| 72 | Edward Murphy | 3:09-cv-12007 |
| 73 | Carlos Pino | 3:09-cv-12163 |
| 74 | Edith Prentice | 3:09-cv-10641 |
| 75 | Shirley Price | 3:09-cv-11801 |
| 76 | Anthony Rodriguez | 3:09-cv-11647 |
| 77 | Patricia Samuels | 3:09-cv-12336 |
| 78 | Jeanne Smith | 3:09-cv-13195 |
| 79 | Janice Smithson (Estate of Jack Smithson) | 3:09-cv-11827 |
| 80 | Pegge Thomas | 3:09-cv-13341 |

| | | |
|---|---|---|
| 81 | Helen Thompson (Estate of William D. Thompson) | 3:09-cv-10470 |
| 82 | Kenneth Torgerson | 3:09-cv-13369 |
| 83 | Frank Tricomi | 3:09-cv-13384 |
| 84 | Robert Tunes (Estate of Margaret Tunes) | 3:09-cv-11877 |
| 85 | Linda Van Nelson (Estate of Lois Vaughn) | 3:09-cv-10468 |
| 86 | Charles Vass | 3:09-cv-13421 |
| 87 | Aline Wood | 3:09-cv-12587 |
| 88 | Brian Wooten | 3:09-cv-12596 |
| 89 | Elizabeth Wooten | 3:09-cv-12598 |
| 90 | Doris Wright | 3:09-cv-11943 |

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of June, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

_____
MARCIA MORALES HOWARD
United States District Judge

_____
ROY B. DALTON, JR.
United States District Judge

ja

Copies to:

Counsel of Record